```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARKETRI, LLC                      :      CIVIL ACTION
                                   :
     v.                            :
                                   :
MSIG INSURANCE SERVICES, INC.      :      NO. 25-889
d/b/a MSIG NA, et al.              :
```

<u>PRELIMINARY INJUNCTION</u>

AND NOW, this 25th day of March, 2025, based on the Court's foregoing findings of fact and conclusions of law, it is hereby ORDERED pursuant to Rule 65 of the Federal Rules of Civil Procedure that:

(1) the motion of plaintiff Marketri, LLC for a preliminary injunction as to defendant MSIG Insurance Services, Inc. d/b/a MSIG NA is DENIED;

(2) the motion of plaintiff Marketri, LLC for a preliminary injunction against defendant Jennifer Marino is GRANTED;

(3) Defendant Jennifer Marino is preliminarily enjoined from working for or receiving any compensation from MSIG Insurance Services, Inc. d/b/a MSIG NA in any capacity for one year after beginning her employment with MSIG Insurance Services, Inc. d/b/a MSIG NA, that is to and including January 19, 2026;

(4) this injunction not only binds Jennifer Marino but also her agents, servants, employees and attorneys as well as other persons who are in active concert or participation with those described; and

(5) Plaintiff Marketri, LLC shall post a bond in the amount of $50,000 as condition precedent to this preliminary injunction taking effect.

BY THE COURT:

/s/ Harvey Bartle III
                                                        J.